IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES,                                                                  PLAINTIFF

VERSUS                                                              NO. ~~24-cr-45 (sealed)~~
                                                                    1:24cr45HSO-RPM
Mary Mahoney's Old French House, Inc.                                           DEFENDANT

## ENTRY OF APPEARANCE

PLEASE take notice that Damian Holcomb and the law firm of Holcomb Johnson, PLLC hereby enters appearance on behalf of the Defendant, Mary Mahoney's Old French House, Inc.

Respectfully submitted, this the 29 day of May, 2024.

> MARY MAHONEY'S OLD FRENCH HOUSE, INC.
> Defendant
>
> BY AND THROUGH HIS COUNSEL OF RECORD
> HOLCOMB & JOHNSON, PLLC
>
> By: _____
>       Damian Holcomb

Damian Holcomb (Ms Bar #104045)
Holcomb & Johnson, PLLC
2218 17th Street
Gulfport, MS  39501
Telephone:  (228) 206-5843
Facsimile:  (228) 206-5576
Email: Holcomb@holcombjohnson.com

**CERTIFICATE**

I, Damian Holcomb, do hereby certify that I have this date forwarded a copy of the foregoing *Entry of Appearance, hand delivered*, to all counsel of record.

This the 24 day of May, 2024.

*Damian Holcomb*
Damian Holcomb

Damian Holcomb (Ms Bar #104045)
Holcomb & Johnson, PLLC
2218 17th Street
Gulfport, MS 39501
Telephone: (228) 206-5843
Facsimile: (228) 206-5576
Email: Holcomb@holcombjohnson.com