IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.  　　　　　　　　　　　　　　　　CRIMINAL NO. 1:24cr45-HSO-RPM

MARY MAHONEY'S OLD FRENCH HOUSE, INC.

### MOTION TO UNSEAL INFORMATION AND CASE

COMES NOW the United States of America, through its undersigned Assistant United States Attorney, and hereby files its motion to unseal the Information and this case.

WHEREFORE, the United States requests that the Court unseal the Information and this case.

Date: __May 30__, 2024　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　TODD W. GEE
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　Andrea C. Jones
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　MS Bar No. 7664
　　　　　　　　　　　　　　　　1575 20th Avenue
　　　　　　　　　　　　　　　　Gulfport, MS 39501
　　　　　　　　　　　　　　　　Phone: (228)563-1560
　　　　　　　　　　　　　　　　Andrea.Jones@usdoj.gov